ORIGINAL

FILED
JUL - 8 2016
U.S. COURT OF FEDERAL CLAIMS

# In the United States Court of Federal Claims

No. 16-576C

(Filed: July 8, 2016)

| | |
|---|---|
| OLIVER-VAUGHN DOUCE AL-DEY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

On May 13, 2016, plaintiff in the above-captioned case, appearing pro se, filed a complaint in this court. Dkt. No. 1. Plaintiff also filed with his complaint an application to appear in forma pauperis (IFP Application), seeking permission to proceed without paying the court's filing fee. Dkt. No. 2.

The court determined that plaintiff's history of frivolous, repetitive, and vexatious litigation barred him from proceeding in forma pauperis pursuant to 28 U.S.C. § 1915, and thus denied his application. Order, June 8, 2016, ECF No. 7. The court provided notice to plaintiff that failure to remit the filing fee by July 1, 2016, would result in dismissal of his complaint pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. Id. at 3.

As of the date of this order, plaintiff has not paid the required filing fee. Because plaintiff has failed to comply with the court's order, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Chief Judge